JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFORMANCE CREDIT CORPORATION<br><br>    **Plaintiff(s),**<br><br>    v.<br><br>EMC MORTGAGE CORPORATION, ET. AL.,<br><br>    **Defendant(s).** | CASE NO. SA CV07-0383-DOC(RNBx)<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action, including the Complaint and Counterclaim, be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

IT IS SO ORDERED

DATED: August 27, 2009

_____
DAVID O. CARTER
United States District Judge